IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | No. 4:21-CV-01862 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

# ORDER

NOVEMBER 3, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant The Pennsylvania State University's Motion for Summary Judgment (Doc. 30) is **GRANTED IN PART and DENIED IN PART**.

    a. Penn State's Motion is **GRANTED** as to Counts III, IV, and V of Plaintiff Jane Doe's Complaint and **DENIED** as to Counts I and II.

2. Defendants' Motion to Strike (Doc. 45) is **DENIED**.

3. A telephonic status conference with counsel of record will be scheduled by separate Order of Court.

                                               BY THE COURT:

                                             *s/ Matthew W. Brann*
                                             Matthew W. Brann
                                             Chief United States District Judge